**FILED**

JAN 2 5 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INDICTMENT |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:23 CR 0048 |
| ) | |
| ROBERT N. POORMAN, ) | Title 18, United States Code, Section 641 |
| ) | |
| Defendant. ) | JUDGE FLEMING |

COUNT 1
(Theft of Government Property, 18 U.S.C. § 641)

The Grand Jury charges:

From in or around March 2012 to in or around July 2021, in the Northern District of Ohio, Eastern Division, Defendant ROBERT N. POORMAN, in a continuing course of conduct, willfully and knowingly did steal, purloin and convert to his own use, without authority, dispose of property of the United States exceeding $1,000.00 in value, belonging to the Social Security Administration, an agency of the United States, to wit: Title II Survivor Insurance benefits, in the amount of approximately $128,524.64, in violation of Title 18, United States Code, Section 641.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.